1   BARRY J. PORTMAN
    Federal Public Defender
2   ELLEN V. LEONIDA
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500
    Fax: (510) 637-3507
5   Email: ellen_leonida@fd.org

6   Counsel for Defendant
    ALVARO MAURICIO BARAHONA LOPEZ

7

8
                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            OAKLAND DIVISION
10

11   UNITED STATES OF AMERICA,              CR 11-00514 SBA

12                  Plaintiff,               ORDER FOR CONTINUANCE OF
                                            STATUS HEARING AND EXCLUSION
13          v.                              OF TIME UNDER THE SPEEDY TRIAL
                                            ACT, 18 U.S.C. SECTIONS
14   ALVARO MAURICIO BARAHONA               3161(H)(1)(G); 3161(H)(7)(A); &
     LOPEZ,                                 3161(H)(B)(iv)
15
                    Defendant.
16

17

18                              **ORDER**

19          GOOD CAUSE HAVING BEEN SHOWN in the stipulation of the parties above, the court

20   hereby orders that the change of plea and sentencing hearing set for December 15, 2011 at 10:00

21   a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for February 2, 2012

22   at 10:00 a.m..

23          Based upon the representation of counsel and for good cause shown, the Court finds that

24   failing to exclude the time between December 15, 2011 and February 2, 2012 would unreasonably

25   deny the defendant continuity of counsel. Additional time is thus needed for continuity of counsel.

26

CR 11-00514 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time                    1

1    18 U.S.C. §§ 3161(h)(7)(A); 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the Court is presently

2    considering a proposed plea agreement to be entered into by the defendant and the government.  18

3    U.S.C. § 3161(h)(1)(G).  The Court further finds that the ends of justice served by the granting of

4    the continuance from December 15, 2011 until February 2, 2012 outweigh the best interests of the

5    public and the defendant in a speedy and public trial .

6         Based on these findings, IT IS HEREBY ORDERED that the time between December 15,

7    2011 and February 2, 2012 be excluded under the speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G),

8    3161(h)(7)(A); and 3161(h)(7)(B)(iv).

9    DATED:11/18/11

11                                                    _____

     HON. SAUNDRA BROWN ARMSTRONG

12   United States District Judge

CR 11-00514 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time              2