1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   ALVARO MAURICIO BARAHONA LOPEZ
7

8
                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND DIVISION
10

11 | UNITED STATES OF AMERICA, | CR 11-00514 SBA |
12 | Plaintiff, | ORDER FOR CONTINUANCE OF HEARING AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTIONS 3161(H)(1)(G); 3161(H)(7)(A); & 3161(H)(B)(iv) |
13 | v. | |
14 | ALVARO MAURICIO BARAHONA LOPEZ, | |
15 | | |
16 | Defendant. | |

17

18                                    **ORDER**

19       GOOD CAUSE HAVING BEEN SHOWN in the stipulation of the parties above, the court

20 hereby orders that the change of plea and sentencing hearing set for February 17, 2012 at 10:00 a.m.,

21 before the Honorable Saundra Brown Armstrong, be vacated and reset for March 19, 2012 at 10:00

22 a.m..

23       Based upon the representation of counsel and for good cause shown, the Court finds that

24 failing to exclude the time between February 17, 2012 and March 19, 2012 would unreasonably

25 deny the defendant continuity of counsel. Additional time is thus needed for continuity of counsel.

26

CR 11-00514 SBA
[Proposed] Order for Continuance of Hearing and
Exclusion of Time                                      1

1  18 U.S.C. §§ 3161(h)(7)(A); 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the Court is presently
2  considering a proposed plea agreement to be entered into by the defendant and the government. 18
3  U.S.C. § 3161(h)(1)(G).  The Court further finds that the ends of justice served by the granting of
4  the continuance from February 17, 2012 until March 19, 2012 outweigh the best interests of the
5  public and the defendant in a speedy and public trial .

6  Based on these findings, IT IS HEREBY ORDERED that the time between February 17,
7  2012 and March 19, 2012 be excluded under the speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G),
8  3161(h)(7)(A); and 3161(h)(7)(B)(iv).

9  DATED: 2/17/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

CR 11-00514 SBA
[Proposed] Order for Continuance of Hearing and
Exclusion of Time                              2